Argued and submitted December 3, 1984, reversed and remanded January 16, 1985

BOWERS et ux,
*Appellants,*

*v.*

CRONIN et al,
*Respondents.*

(A8401-00467; CA A31662)

693 P2d 1319

Michael J. Martinis, Salem, argued the cause for appellants. With him on the brief was Webb & Martinis, Salem.

Mildred J. Carmack, Portland, argued the cause for respondents. With her on the brief were Mark H. Wagner and Schwabe, Williamson, Wyatt, Moore & Roberts, Portland.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

In this invasion of privacy case, plaintiffs' complaint was found insufficient under ORCP 21A(8) and was dismissed with prejudice. Plaintiffs appeal. We hold that the trial court should have given plaintiffs the opportunity to plead further.[1] ORCP 25A.

Reversed and remanded.

---

[1] Our disposition of this case makes plaintiffs' other assignments of error either premature or moot.